IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAMARIA NELSON, | : | |
| | : | No. 1:23-CV-01030 |
| Plaintiff | : | |
| | : | Judge Saporito |
| v. | : | |
| | : | Electronically Filed Document |
| JOHN WETZEL, JOEL KOHLER, | : | |
| *and* JILL SPYKER, | : | |
| Defendants | : | |

**ENTRY OF APPEARANCE**

Please enter my appearance on behalf of Defendants Joel Kohler, Jill Spyker, and John Wetzel, in the above captioned matter.

Respectfully submitted,

**DAVID W. SUNDAY, JR.**
Attorney General

By: *s/ Stacy McNaney*
**STACY McNANEY**
Deputy Attorney General
Attorney ID PA 332050

**NICOLE R. DITOMO**
Chief Deputy Attorney General
Civil Litigation Section

*Counsel for Defendants Wetzel, Kohler and Spyker*

Office of Attorney General
15th Floor, Strawberry Square
Harrisburg, PA 17120
Phone: (717) 574-2564

smcnaney@attorneygeneral.gov

Date: April 2, 2026

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAMARIA NELSON, | : | |
| | : | No. 1:23-CV-01030 |
| Plaintiff | : | |
| | : | Judge Saporito |
| v. | : | |
| | : | Electronically Filed Document |
| JOHN WETZEL, JOEL KOHLER, | : | |
| *and* JILL SPYKER, | : | |
| Defendants | : | |

**CERTIFICATE OF SERVICE**

I, Stacy McNaney, Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on April 2, 2026, I caused to be served a true and correct copy of the foregoing document titled Entry of Appearance to the following:

*s/ Stacy McNaney*
**STACY McNANEY**
Deputy Attorney General