IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAMARIA NELSON, as Administrator of the Estate of Shaka Nelson, | : | CIVIL NO. 1:23-CV-1030 |
| Plaintiff, | : | |
| v. | : | JUDGE SAPORITO |
| JOHN WETZEL, et al., | : | |
| Defendants. | : | |

**ORDER**

**AND NOW** this **16th** day **July, 2026**, upon consideration of the defendants' unopposed motion to continue trial, (Doc. 90), and after two (2) unsuccessful attempts to conduct a scheduling conference regarding the motion and a rescheduled trial date, **IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 90) is **GRANTED.**

2. A telephonic scheduling conference for the purpose of setting a trial date is set for Thursday, August 13, 2026, at 10:00 a.m.

3. Counsel shall utilize the following information to access the conference:

**DIAL IN NUMBER: 1-570-218-8447**
**ID NUMBER: 312 503 678**

Joseph F. Saporito, Jr.
**JOSEPH F. SAPORITO, JR.**
**United States District Judge**