IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAMARIA NELSON, *as Proposed administrator of the Estate of Shaka Nelson,* | : | CIVIL NO. 1:23-CV-1030 |
| Plaintiff | : | JUDGE SAPORITO |
| v. | : | |
| PENNSYLVANIA DEPARTMENT OF CORRECTIONS, et al., | : | |
| Defendants | : | |

**TRIAL MANAGEMENT ORDER**

Pursuant to the Order of August 3, 2026, trial has been set with jury selection to begin on **December 7, 2026, at 9:30 a.m.** in the United States Courthouse, 197 South Main Street, Wilkes-Barre, Pennsylvania in Courtroom Number 3.

If the case settles after 5:00 p.m. on the Friday before the date of trial, counsel should report the fact of settlement by calling **570-831-2570** by noon of the Sunday preceding the date for jury selection.

All parties are advised that **exhibit lists[1], witness lists, requested jury voir dire questions, trial briefs on critical legal issues, proposed jury instructions[2] and proposed verdict forms are due by October 26, 2026.** Strict compliance with the Middle District of Pennsylvania Local Rules, including Rules 39.1, *et seq.*, is required, except that parties may file an unlimited number of relevant proposed jury instructions. Counsel's proposed jury instructions shall include an index which identifies each proposed instruction and indicates the page at which it appears. Copies of the Local Rules are available at the Clerk of Court's Office.

<u>At least five (5) business days prior to the due date for proposed jury instructions and proposed special verdict interrogatories, counsel for all parties shall confer, either in person or telephonically, to review all proposed jury instructions and jury special verdict interrogatories. Counsel shall then file with the Court, by the</u>

---

[1] A prenumbered list of exhibits, with brief identification of each, on the Clerk's Exhibit form must be submitted by each party.

[2] Proposed jury instructions must be filed and must be submitted to the Court in Word format.

above-stated due date, a joint stipulation specifying all of the proposed jury instructions and jury special verdict interrogatories upon which all counsel agree. Each counsel shall also file, as a separate document, their own proposed jury instructions and jury special verdict interrogatories upon which they cannot agree with counsel for the other parties.

By separate order, a hearing shall be scheduled by the Court with respect to outstanding Motions *in Limine*, proposed Jury Instructions, and proposed Special Verdict Interrogatories.

**MOTIONS IN LIMINE:** All motions *in limine*, including those involving the challenge of expert witness testimony under *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993) shall be filed by **October 26, 2026**, together with a supporting brief for each motion. Briefs in opposition to the motions *in limine*, including *Daubert* motions, shall be due by **November 2, 2026**. All briefs shall be no more than six (6) pages double-spaced.

**PRETRIAL MEMORANDA:** The parties shall file their pretrial memoranda on or before **November 2, 2026.**

**COURTROOM TECHNOLOGY:** The attention of counsel is directed to the Middle District of Pennsylvania's Notice to All Courtroom Technology Users, which may be found *via* the following link:

https://www.pamd.uscourts.gov/sites/pamd/files/Courtroom_Tech_Rev.pdf

**All counsel who plan to use the courtroom technology during trial shall read this notice in its entirety, with particular attention to the requirement that counsel contact Court staff well in advance of the trial date to ensure the proper operation of all equipment intended to be used during the trial.**

**ALL COUNSEL ARE HEREBY ATTACHED FOR TRIAL ON THE ABOVE DATE.**

**BY THE COURT:**

Joseph F. Saporito, Jr.

**JOSEPH F. SAPORITO, JR.**
**United States District Judge**

**Dated: August 4, 2026**