**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KAMARIA NELSON, as Administrator of the Estate of Shaka Nelson,<br><br>Plaintiff,<br><br>v.<br><br>JOHN WETZEL, et al.,<br><br>Defendants. | CIVIL ACTION NO. 1:23-cv-01030<br><br>(SAPORITO, J.) |

**ORDER**

**AND NOW, this 4th day of November, 2026, IT IS HEREBY ORDERED THAT** the motions hearing and final pretrial conference currently scheduled for November 10, 2026, are **RESCHEDULED TO December 2, 2026, at 11:00 a.m**. **in Courtroom 3, Max Rosenn United States Courthouse, 197 South Main Street, Wilkes-Barre, Pennsylvania.**

***s/Joseph F. Saporito, Jr.***
**JOSEPH F. SAPORITO, JR.**
**United States District Judge**