IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAMARIA NELSON AS ADMINISTRATOR OF THE ESTATE OF SHAKA NELSON, | : | Civil No. 1:23-CV-001030 |
| Plaintiff, | : | (Judge Saporito) |
| v. | : | (Chief Mag. Judge Bloom) |
| JOHN WETZEL, ET AL., | : | |
| Defendants. | : | |

ORDER

**AND NOW**, this 13TH day of November 2026, **IT IS HEREBY ORDERED THAT** a settlement conference shall be conducted in the undersigned's chambers on November 19, 2026, at 10:00 a.m., in the Sylvia H. Rambo U.S. Courthouse in Harrisburg, PA, 9th Floor. All counsel, the plaintiff, and named parties shall participate in the conference in-person.

*s/ Daryl F. Bloom*
Daryl F. Bloom
Chief United States Magistrate Judge