# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

KAMARIA NELSON, as Administrator of the Estate of Shaka Nelson,

Plaintiff,

v.

JOHN WETZEL, et al.,

Defendants.

CIVIL ACTION NO. 1:23-CV-1030

(SAPORITO, J.)

## ORDER

Now before the Court are multiple motions in limine filed by the plaintiff. Doc. 132; Doc. 136; Doc. 138; Doc. 142. The defendants timely filed responses to each of these motions and have no objection to them. Doc. 150; Doc. 151; Doc. 152; Doc. 153. Accordingly, we will deem the following motions unopposed: (1) plaintiff's motion in limine to exclude references to offense and sentence information to prove bad character, and require that any references to offense and sentence information be ruled on outside the jury's presence (Doc. 132); (2) plaintiff's motion in limine to present identified portions of proposed exhibits P-7 and P-41 (subject to other foundational requirements being met), and that material differences between varying versions be resolved before

presentation to the jury (Doc. 136); (3) plaintiff's motion in limine to bar reference of indemnification, taxpayer burden, or the source of payment of a judgment unless the Court permits an identified purpose outside the jury's presence (Doc. 138); and (4) plaintiff's motion in limine to exclude reference to prior dismissals to imply a merits determination and to exclude reference to settlement communications to prove or disprove the validity of the disputed claims (Doc. 142).

Accordingly, **IT IS HEREBY ORDERED THAT:**

1. The plaintiff's motion in limine to exclude references to offense and sentence information to prove bad character, and require that any references to offense and sentence information be ruled on outside the jury's presence is **GRANTED.** Doc. 132.

2. The plaintiff's motion in limine to present identified portions of proposed exhibits P-7 and P-41 (subject to other foundational requirements being met), and that material differences between varying versions be resolved before presentation to the jury is **GRANTED.** Doc. 136.

3. The plaintiff's motion in limine to bar reference of indemnification, taxpayer burden, or the source of payment of a judgment

unless the Court permits an identified purpose outside the jury's presence is **GRANTED**. Doc. 138.

4. The plaintiff's motion in limine to exclude reference to prior dismissals to imply a merits determination and to exclude reference to settlement communications to prove or disprove the validity of the disputed claims is **GRANTED**. Doc. 142.

Dated: November 16, 2026

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States District Judge