IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAMARIA NELSON, *As Proposed Administrator of the Estate of Shaka Nelson,* | : | CIVIL NO. 1:23-CV-1030 |
| Plaintiff | : | JUDGE SAPORITO |
| v. | : | |
| PENNSLVANIA DEPARTMENT OF CORRECTIONS, et al., | : | |
| Defendants | : | |

**ORDER**

**AND NOW, this 19th day of November, 2026,** Chief United States Magistrate Judge Bloom having notified the undersigned that the matter has settled, **IT IS HEREBY ORDERED THAT** this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reinstate the action if settlement is not consummated. The Clerk of Court shall note the docket of this action accordingly.

*s/Joseph F. Saporito, Jr.*
**JOSEPH F. SAPORITO, JR.**
**United States District Judge**